**Dismiss and Opinion Filed July 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01396-CR
No. 05-13-01397-CR
No. 05-13-01398-CR

**ELTON RAY CHATMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F08-71830-H, F10-71100-H, F13-39543-H**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131396F.U05



Court of Appeals
Fifth District of Texas at Dallas

# JUDGMENT

ELTON RAY CHATMAN, Appellant

No. 05-13-01396-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F08-71830-H.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

    Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 9th day of July, 2014.



Court of Appeals
Fifth District of Texas at Dallas

## JUDGMENT

ELTON RAY CHATMAN, Appellant

No. 05-13-01397-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F10-71100-H.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 9th day of July, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ELTON RAY CHATMAN, Appellant

No. 05-13-01398-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F13-39543-H.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 9th day of July, 2014.